**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00378-AP

LAVINA A. PHELAN,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

Patrick C.H. Spencer, II
Spencer & Spencer
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
719-632-4808
patrick@2spencers.com

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office

WILLIAM G. PHARO
Assistant United States Attorney

**/s Robert L. Van Saghi**
Robert L. Van Saghi
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-1948
(303) 844-0770 (facsimile)
robert.vansaghi@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

**A.  Date Complaint Was Filed:** 2/14/11
**B.  Date Complaint Was Served on U.S. Attorney's Office:** 2/18/11
**C. Date Answer and Administrative Record Were Filed:** 4/8/11

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.   OTHER MATTERS**

The parties state that there are no other matters.

**8.   BRIEFING SCHEDULE**

The parties agreed to the following schedule:

**A.  Plaintiffs Opening Brief Due:**     6/14/11
**B.  Defendant's Response Brief Due:**   7/14/11
**C.  Plaintiffs Reply Brief (If Any) Due:**  7/29/11

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiffs Statement:** Plaintiff does not request oral argument.
**B.  Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 19th day of April, 2011.

               BY THE COURT:

               *s/John L. Kane*
               U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Patrick C.H. Spencer, II
Patrick C.H. Spencer, II
Spencer & Spencer
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
719-632-4808
patrick@2spencers.com

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office

William G. Pharo
Assistant United States Attorney

s/ Robert L. Van Saghi
Robert L. Van Saghi
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-1948
robert.vansaghi@ssa.gov